UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLAVARRIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAKE COUNTY DEPARTMENT OF ) <br> SOCIAL SERVICES, and NORTH CAROLINA ) <br> DEPARTMENT OF HEALTH AND HUMAN ) <br> SERVICES, DIVISION OF HEALTH SERVICE ) <br> REGULATION, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:21-CV-82-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motions to dismiss [DE 21 & 23] are GRANTED. Plaintiffs complaint is dismissed in its entirety WITHOUT PREJUDICE.

**This Judgment Filed and Entered on October 19, 2021, and Copies To:**

| | |
|---|---|
| Reinaldo Olavarria | (Sent to 614 Gaslight Trail Wendeall, NC 27591 via US Mail) |
| Jennifer M. Jones | (via CM/ECF electronic notification) |
| Colleen Mary Crowley | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

October 19, 2021　　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk